(INND Rev. 1/21)                                                                                                        page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

-FILED-
JUN 07 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Thomas G Franks Jr**,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

**Lear Corporation**,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number **1:23CV232**
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Lear Corporation Automotive | 2101 S 600 E B Columbia City, In. 46725 |
| 2 | Samantha Jones Adecco | Florida 904-5735211 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __1__ Lear

2. What is your address? __7145 Denise Drive, FT Wayne, In 46835__

3. What is your telephone number: (__269__) __222 3500__

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Adecco hired me to work for Lear Adecco (temp agency) During my walk through they noticed my walk was not 100% Actually its 90%. they called adecco in the afternoon said they did not want me. they did not even give me a chance. After I threatened discrimination thats when they called Samantha at Adecco & said they would hire me direct. I already took another job and the only reason they wanted to hire me is to shut me up by finding a reason to then fire me. I have 18yrs management I know discrimination. They will come back & say they offered the job to me. I have videos from Planet f.tness of my workouts to prove I was fit to do the job. No one wants to work for a company that discriminates. Please I am requesting a pro bono attorney and wave the $400 up front. I need help but I dont have it.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

I had other attorneys look at my videos and agreed that I have a very strong case but they wanted too much up front. They also agreed with me the only reason they wanted to bring me in is so they could give me. I do have videos

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☒ No.

☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

settle with me for damages minus court and attorney fees I'm seeking $40,000 in settlement. I'm only in this for what's right. you don't discriminate and this was blatant discrimination

FILING FEE – Are you paying the filing fee?

☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_TF_ I will keep a copy of this complaint for my records.
_TF_ I will promptly notify the court of any change of address.
_TF_ I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: _Thomas J Trimby Jr_        Date: 6/6/2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]